UNITED STATES of America, Plaintiff–Appellee

v.

Juan Francisco REYES–JASSO, Defendant–Appellant.

No. 04–40167.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 20, 2005.

---

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

The Supreme Court vacated the judgment in this case and remanded it to this Court to reconsider in light of *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Subsequently, we requested letter briefs from the parties with respect to *Booker* issues. In his letter brief, Appellant Juan Francisco Reyes–Jasso advised this Court that pursuant to our original panel opinion, *see United States v. Reyes–Jasso*, 111 Fed. Appx. 778, 778–79 (5th Cir.2004), Appellant already has been resentenced by the district court in a post-*Booker* proceeding on March 9, 2005. Accordingly, Appellant contends that resentencing in light of *Booker* would be moot in this case. We agree.

Since the only matter presently before this Court is the impact of *Booker* on Appellant's appeal, and that issue is moot, we dismiss this appeal as moot.

James Lee Turner, Assistant U.S. Attorney, David Hill Peck, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Carlos M. Alaniz, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.